PETER J. WHITE, Appellant, *v.* RICHARD J. BARRY, Respondent.

Submitted May 25, 1942; decided June 4, 1942.

Motion for reargument and for a stay denied, with ten dollars costs and necessary printing disbursements. (See 288 N. Y. 37.)

ANNA KATZ et al., Appellants, *v.* BORA REALTY CORPORATION, Respondent.

Submitted May 25, 1942; decided June 4, 1942.

*Stanley Zuckerman* for motion.
*Martin H. Selman* opposed.

Motion denied.